# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL MIRANDA JR.,<br><br>    Defendant. | CR NO: 1:14-CR-00147 AWI |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

 ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee:   DANIEL MIRANDA JR.
Detained at:   WASCO
Detainee is:   a.) ☐ charged in this district by:   ☒ Indictment   ☐ Information   ☐ Complaint
           charging detainee with: _____
  or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or   b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] or [on DATE AND TIME] in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael G. Tierney |
| Printed Name & Phone No: | MICHAEL G. TIERNEY 559-497-4039 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
  ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   **Jul 18, 2014**

               /s/ Stanley A. Boone
               Honorable Stanley A. Boone
               U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Daniel Plata Miranda | ☒ Male | ☐ Female |
| Booking or CDC #: | AS8074 | DOB: | 07/08/1989 |
| Facility Address: | WASCO | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

               (signature)