MARC DAYS, CA Bar #184098
DAYS LAW FIRM
2300 Tulare Street, Suite 240
Fresno, CA  93721
Telephone: (559) 708-4844

Attorneys for Defendant
DANIEL MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-CR-00147-AWI-BAM-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | Date:    December 7, 2015 |
| DANIEL MIRANDA, | Time:    10:00 a.m. |
| Defendant. | Judge:   Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Michael Tierney, Counsel for Plaintiff, and Marc Days, Counsel for Defendant, Daniel Miranda, that the sentencing hearing currently set for November 30, 2015, at 10:00 a.m., may be rescheduled to December 7, 2015, at 10:00 a.m.

The requested continuance is necessary to provide the defense additional time needed to prepare for sentencing and as a result of schedule conflict for defense counsel.  This continuance will conserve time and resources for both counsel and the court.

Since Defendant has pled guilty and the matter is set for sentencing, the Speedy Trial Act is not applicable.

///

///

-1-

|   |   |
|---|---|
| | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: November 24, 2015 | /s/ *Michael G. Tierney*<br>MICHAEL G. TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Dated: November 24, 2015 | /s/ *Marc Days*<br>MARC DAYS<br>Attorney for Defendant<br>DANIEL MIRANDA |

**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:   November 24, 2015                   _____
                                             SENIOR DISTRICT JUDGE