1   MARC DAYS, CA Bar #184098
    DAYS LAW FIRM
2   2300 Tulare Street, Suite 240
    Fresno, CA  93721
3   Telephone: (559) 708-4844

4   Attorneys for Defendant
    DANIEL MIRANDA

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  1:14-CR-00147-AWI-BAM-1
                                     )
12                 Plaintiff,        )  STIPULATIONAND ORDER
                                     )  TO CONTINUE SENTENCING
13  vs.                              )
                                     )  Date:    December 7, 2015
14  DANIEL MIRANDA,                  )  Time:    10:00 a.m.
                                     )  Judge:  Anthony W. Ishii
15                 Defendant.        )
                                     )
16  ─────────────────────────────── )

17       **IT IS HEREBY STIPULATED** by and between the parties, through their respective

18  counsel, Assistant United States Attorney, Michael Tierney, Counsel for Plaintiff, and Marc

19  Days, Counsel for Defendant, Daniel Miranda, that the sentencing hearing currently set for

20  November 30, 2015, at 10:00 a.m., may be rescheduled to December 7, 2015, at 10:00 a.m.

21       The requested continuance is necessary to provide the defense additional time needed to

22  prepare for sentencing and as a result of schedule conflict for defense counsel.  This continuance

23  will conserve time and resources for both counsel and the court.

24       Since Defendant has pled guilty and the matter is set for sentencing, the Speedy Trial Act

25  is not applicable.

26  ///

27  ///

28

                                       -1-

1

                                                   Respectfully submitted,

2
                                                   BENJAMIN B. WAGNER
                                                   United States Attorney
3

4    Dated:  November 24, 2015                     /s/ *Michael G. Tierney*
                                                   MICHAEL G. TIERNEY
5                                                  Assistant United States Attorney
                                                   Attorney for Plaintiff
6

7

8    Dated:  November 24, 2015                     /s/ *Marc Days*
                                                   MARC DAYS
9                                                  Attorney for Defendant
                                                   DANIEL MIRANDA
10

11

12

13
                                    **O R D E R**
14
            For the reasons set forth above, the continuance requested is granted for good cause.
15

16   IT IS SO ORDERED.

17   Dated:   November 24, 2015          _____
18                                            SENIOR  DISTRICT  JUDGE

19

20

21

22

23

24

25

26

27

28